1056

DAVID E. HANSON, ET AL., *Appellants*, v. MUTUAL OF
ENUMCLAW INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 96-2-00312-6, Michael E. Cooper, J., entered January 30, 1998. *Affirmed* by unpublished opinion per Kurtz, A.C.J., concurred in by Brown and Kato, JJ.

DONALD E. GOMEZ, *Appellant*, v. TRAN TON SANH,
*Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-2-06806-6, Richard J. Schroeder, J., entered May 26, 1998. *Affirmed* by unpublished opinion per Kurtz, A.C.J., concurred in by Sweeney and Kato, JJ.

*In the Matter of the Marriage of* PAMELA F. SEARLE,
*Respondent*, and GARY G. SEARLE, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 97-3-00025-2, Ted W. Small, J., entered May 19, 1998. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Sweeney, J.

WAGNER DEVELOPMENT, INC., *Respondent*, v. PAPE & SONS
CONSTRUCTION, INC., ET AL., *Appellants*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated August 20, 1999. Substitute opinion filed. See 97 Wn. App. 1.